**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT L. DAVIS,

    Petitioner,

-vs-                                        Case No.  8:03-CV-1807-T-27TBM

JAMES V. CROSBY, JR., et al.,

    Respondents

_____/

## **ORDER**

    Before the Court is Respondent's Motion to Release Respondent's Paper Exhibits and Extension of Time (Dkt. 19) and Petitioner's opposition thereto (Dkt. 20). Documents which have been filed as exhibits to pleadings become a part of the official court record, which cannot be released to a party for photocopying off the premises. Respondent may request a copy of the exhibits filed in support of the response by contacting the Clerk's Office. The cost for this service is $.50 per page.

    The Clerk's Office has advised the Court that upon request, the exhibits will be made available to a representative of the Florida Attorney General's Office for on-site photocopying. Respondent must contact the Clerk's Office directly to arrange access to the documents.

    As to Respondent's request for an extension of time, the Court has considered the basis for Respondent's request and Petitioner's opposition thereto, and finds that under the circumstances, the interests of the parties will be best served by allowing Respondent an

extension of time in which to address the issues raised in the motion to supplement. Further extensions will, however, not be routinely granted.

UPON consideration, the Court **ORDERS** that Respondent's Motion to Release Respondent's Paper Exhibits and Extension of Time (Dkt. 19) is denied, in part, and granted, in part, as set forth below:

1. Respondent's Motion to Release Respondent's Paper Exhibits is **DENIED**.

2. Respondent's request for an extension of time to file a response to the supplement is **GRANTED**. Respondent shall, within **TEN (10) DAYS**, respond to the three new claims on the merits, including whether the claims are timely and exhausted. Respondent shall supplement the record if necessary with relevant transcripts, pleadings and state court orders.   This matter will then be taken under advisement.

**DONE AND ORDERED** in Tampa, Florida, this 13th day of September, 2006.

/s/ *James D. Whittemore*
JAMES D. WHITTEMORE
United States District Judge

SA: jsh

Copy to: All Parties of Record